# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2013

146892

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

EDWARD KARAUS, d/b/a GREAT LAKES
SEA WALLS,
        Plaintiff-Appellee,

v

                                            SC: 146892
                                            COA: 307842
                                            Allegan CC: 10-047317-CH

BANK OF NEW YORK MELLON,
        Defendant/
        Cross-Plaintiff-Appellant,
and

PNC BANK, f/k/a NATIONAL CITY BANK,
SHELDON CAREF, and NELLY CAREF, a/k/a
NELLY NAVARRETE,
        Defendants/Cross-Defendants.

_____/

        On order of the Court, the application for leave to appeal the March 19, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2013



Clerk

t0722